Elizabeth McDonnell, as Administratrix, etc., of Anna M. Brill, Deceased, Respondent, v. International Railway Company, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Albert J. Eschberger and Others, Respondents, v. Donato Delmonto, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Margaret Martell, Respondent, v. Lillian O'Hara, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Frank Bongiovanni, as Administrator, etc., of Moses Bongiovanni, Deceased, Respondent, v. Niagara Junction Railway Company, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Specialty Sales Corporation, Incorporated, Respondent, v. Ben Katz, Doing Business under the Firm Name and Style of Ben Katz Furniture Store, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, upon the ground that the contract was made and was to be performed in Rensselaer county; that the only disinterested witness on either side resides in that county; and that the affidavits in opposition to the motion disregard, both as to form and substance, most of the established rules relating to such papers and, therefore, fail to disclose any facts which might warrant a denial of the motion. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Fred P. Kile, as Administrator, etc., of Louis W. Kile, Deceased, Respondent, v. J. H. Gallup Co., Inc., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Mary W. Stoeckle, Appellant, v. Jefferson County National Bank and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

William L. Schulman, Respondent, v. Robert F. Schelling, Doing Business under the Assumed Name of Buffalo Radio Engineering Laboratories, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Viola Ball, Respondent, v. Fifth Avenue Coach Company, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.